# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

**Matthew Jason Bauer**

[You are the **PLAINTIFF**, print your full name on this line.]

v.  **Michigan City Police Dept. Officer**
**Cody Washluske**,

[The **DEFENDANT** is who you are suing. Put *ONE* name on this line. List *ALL* defendants below, including this one.]

Case Number _____ 3:22-cv-323 _____

[For a new case in this court, leave blank. The court will assign a case number.]

*2022 APR 25 PM 2:35 — U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA — FILED*

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **Cody Washluske Officer** | Michigan City Police Dept. 1201 E Michigan Blvd. Michigan City, IN 46360 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? **1**

2. What is your address? **503 E. Garfield St Michigan City, IN 46360**

3. What is your telephone number: (**574**) **316-9137**

4. Have you ever sued anyone for these exact same claims?

   ⊗ No.

   ◯ Yes, attached is a copy of the final judgment *OR* an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]



1. Pursuant to Indiana Code §34-13-3-1 I Matthew Jason Bauer, who currently lives in Michigan City, Indiana intends to assert a tort claim against the Michigan City Police Officer Cody Washluske for, but not limited to, Violation of my Constitutional Rights, 1st Amendment Violation of deprivation of my Freedom of Religion by removing a halloween pumpkin that was cloth and a skull from a Christmas tree that was wired to the Christmas tree with a camera from my yard that wasn't profane or offensive, so basically the skull and the Christmas tree are the same item so I removed the Christmas tree, Cody Washluske denied me the right to practice my own religion on private property I own. 5th Amendment Violation of Cody Washluske telling me my "Nipsco Easement that I own & pay taxes on is Nipscos property and I don't even own it, so trying to tell me my propertys not mine so it can be taken for public use Violates the 5th Amendment. Also

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

False Reporting a complaint;

Police Misconduct of Intentional Misconduct, Abuse of Power, Harrassment, and Not Knowing Police Duties of Civil Matters. On May 18th 2021 Cody Washluske came to Claimants home telling Claimant that Nipsco owns Claimants yard and I have to remove a pumpkin & a Skull from the yard.

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

⊗ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Pay $300,000.00 by ruining my life and reputation. The cops got a report the day before I was denied to get at the police station. I believe its for driving a car on my property and having Halloween Stuff on my property legally. They Framed me 2 calls for Harrassment when I only thought there was 1 call they made up Stuff. People at courthouse told cops I just filed for Harrassment on Leonard. Halloween Stuff is Harrassment Now.

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊗ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

MSB I will keep a copy of this complaint for my records.

MSB I will promptly notify the court of any change of address.

MSB I declare **under penalty of perjury** that the statements in this complaint are true.

Signature _____   Date 4-23-2022

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

2. ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ mowing other peoples yards he can basically do any thing he wants to the property. He started mowing my neighbors yard and putting junk and pallets, Firelogs that destroy grass and make big dirt spots in a yard that he don't own. So I put some ~~stuff~~ out there and defended my property like anybody would do. They were telling me I don't own my yard. I encountered this medicated person 1 day when I was building a construction fence on my property. Leonard was all mad cause I was putting up a fence on my property. I told him to get out of here you don't own nothing over here.

3. I did a burnout up the Hill behind my house they Leonard & His wife called the cops on me saying I dug a trench from my yard to the substation but it was from tires from a car. They were in court talking about the trench. Thats the day with the report of Harrassment I can't Access with my photo Id thats about me. The Fiero weighs 1,800 lbs with me in car

4. Next day Leonard calls cops saying the Halloween stuff Is Harrassing him cause its on Nipscos property & the Skull faces their house & its bringing the property value down of their taxes. Thats what Officer Washluske came over to tell me. And I can't have a Skull or a pumpkin in my yard cause the old mans property Value is going down, and its not my property anyway. Claiming Leonard has PTSD. And I can't have Halloween stuff in my yard.

5. So my father was a real Vietnam Veteran supposably like Leonard But my dad didn't mow other peoples yards and act like he owns their property. The Vietnam Army plate went on the truck after Leonard said he was in the Army in Vietnam in 1968. A year after my dad already was back from Vietnam. We Never had a Army bumper sticker on our cars, or a flag in our yard, or a Army T-Shirt ever! Army T-Shirts are things in Movies to me. My dad was telling me at the moving wall in 1991 that Look at all the stones they keep going and it was the biggest

waste of time, people, and money. Also the Seabees, Marines, didn't like killing poor people and their animals cause huge car companies like GM, Chrysler, Ford were worried about the rubber trees over there and there was no synthetic rubber back then. Thats what he claims he was in Vietnam for to protect the rubber trees. He was a radioman to over 1 year and was at the embassy in Saigon for security some times but was stationed out of a base 13 miles south of Saigon in the Mekong Delta. Radioman was the worst job they didn't last plus the MVA #1 target is getting rid of your radio so your stranded out in the Jungle alone with no Airstrike capabilities or Naval Artillery really nothing

6. My mom said my dad would have nightmares or flashbacks back in the 70's. So he probably has PTSD like Leonard claims, but we had Halloween stuff in our yard every year when I was young and in the house to. I remember going out trick & treating back in the 80's and my dad stayed at home and gave candy out to whoever came to our house in Fish Lake in their Halloween costumes and taped Garfields Halloween Adventure with old commercials and Charlie Brown's Halloween Its the Great Pumpkin Charlie Brown on VHS for me. And Vietnam Never celebrates Halloween anyway cause its a American Holiday, So Leonards claims of Halloween stuff in my yard terrizing him cause he was in Vietnam in 1968 claim, does not hold factual support. And Cody Washluske ordered me to remove a skull & a pumpkin out of my yard cause of something with No Holiday ties with Vietnam or Its religion. Pee wee's Play house was in the commercials so it was probably 1986 The VHS tape is downstairs. I remember getting crystal Castles for Atari a month later around Thanksgiving. The game with the Bear. I mean the World War I flying Ace in Charlie Brown's Halloween special Snoopy played probably had PTSD too, And he ended up being the Great Pumpkin at the end, the star of the show.

7. I went and seen the Night mare Before Christmas in the Movie Theater with my Best Friend Jonah Snyder at the time when the movie 1st came out

in 1993 with old actors again and the newer 1998 one made me not like the movie. So the Skull I attached to the christmas tree was me basically making my own Nightmare before christmas home made stuff so when washluske told me to remove the Skull and the pumpkin I had to remove the christmas tree too cause its all one item now and its still got the Skull wired to it now. All I had to defend my property from getting treaded on with was Halloween & Christmas stuff from the attic, Just like Garfield & Odie in their Halloween special.

Damages Losses – Damaged my Reputation with me Harrassing people with Holliday Stuff
    Fraud Claim of me Harrassing people
Helped get 2nd Amendment right taken away in the long run    Put up Fence $3000.00
    Harrassment By oldman after court
Helped me lose in court with Lies Fabricated
    Another wasted hour in court June 18th I believe Superior Court 1
And Watterson $500  Loss
    Attempted property damage and loss of property
    Washluske invaded my medical Records Privacy thinks
    Im Down Syndrome & me & my Realator don't know where the property line
And Ongoing  washluske probably registered A Fake Handgun permit is at Learned in my name
    VA Prescribed him Angry Pills Later on
Place Of Incedent was in my Back yard 16:28 military time
    this Lawsuit IFI have to pay for it.  Nightmares Leonard Smith Peeking through my window
Picture Evidence
A Exhibit Property owners Rights and Utility Easements
B Exhibit Cops Dads house Don't tread on me Go start mowing
C Exhibit Cloth Pumpkin Right middle Skull tree Center  his yard and planting
D Exhibit New PTSD Angry & Anxious Pills  Flowers on it see what happens
    Emergency Consultant For telling him
    to get out of here. This is before the
    Lawn mower. Prescribed later on

8. The guy from Code Enforcement was just here and said start my permanent fence 2 feet in from the power lines and thats what I told washluske. Everything I had was 2 feet in. In case if Nipsco had to do Emergency work on their lines if something happened while I had that stuff out There.

9. This guy named Stan, lives across Tilden on the corner of Garfield & Tilden. He used to work at U.S. Steel with my Step Father Carl Nowatzke who's cousin is the big Baltimore Colts Football player who scored the touchdown in Super Bowl 5 to tie the Cow(Dallas)boys at 13 to 13. Then the Colts won the game by kicking a field goal at the end. Stan and I have known each other since 2005. Stan told me that When Mr. & Mrs. Smith moved in on day one. They went across the Street from their House on Tilden _____ the guy lives across the Street from Stan on Garfield His name is Dell. Somebody from City Hall in Michigan City told Mr. & Mrs. Smith that Dell put the Furnace in their house years ago. Like 2 owners ago. Mr. & Mrs. Smith what I believe couldn't figure out how to work their Furnace. So Stan told me that Mr & Mrs. Smith went to Dell's house and the Big door was open & the Screen Door was unlocked & Mr. & Mrs. Smith Both opened the door and walked into Dells Huge 3 story house, finally found Some body in there and started yelling at them cause of the Faulty work that was done when Dell put the Furnace in their house like 20 years ago or more.

10. Stan also told me about Leonard Smith walking across the Street of Garfield and looking through the Slots through the fence for 45 minutes & how he was watching Leonard through the window in his house.

11. My neighbor died & her grand daughter lives there now they redid the house New roof paint drywall. When she moved in with her Kids. Teresa told me I like 2 or 3 days later the little boy she has Mrs. Smith picked him up over the fence and put him in her yard. Teresa said she saw her do it from inside the house

12. They just had a birthday party yesterday for some little kid over there so they started parking cars on the ease ment back there on Nipsco. I got picture of Leonard on my phone now going over to these people and talking in a mean tone about the grass. And Nipsco Mower deck's drag the ground and to screw up the ground. I don't know why he thinks other stuff that's

*(left margin, vertical text)* Residential Entry  Unformed Home Invasion mail carrier afraid by woman

13. Claimant woke up early one morning around 7:00 AM was listening to Youtube and working on my Charlie Brown Wallpaper. Claimant was sitting in Hallway working with glue. Glueing comics & Stamps to the wall when the phone stops playing music cause phone is on the Dining room table. And no movement on phone while playing youtube will make it stop like 15 minutes later Automatically. I keeps working. Then the pool cover I have on the table outside starts making this Noise like ther is a animal in my bushes and underneath are junk metal and cat food cause I was saving to make Table Legs with them but Faygo Cans over the cat Food can Frame. When all of a sudden the cat Food can bag falls over and steel thats making the sound of steel hitting steel clanking Noise right out the window behind my cars. I get up and Its Mrs. Smith running but jogging out of my yard. In a very identifyble way She trys to run hop jogged out of my yard past the Neighbors mailbox then into the back yard of thier property and into the back door. When Claimant was breaking wall down with Hammer she walked past me on phone and started to try to Hop jog down the road with her arm going the same way like the trespasser in my yard. Like days after I lost in court for her stalking me making stuff in my front yard at midnight and other things.

*(left margin, rotated:) about 4:30 in the Morning*

Picture Evidence

E. Faygo Orange Cat Food Can Table leg With U.S. and Worldwide Postage Stamps  *Matches Table 28 cat Food cans per Leg*

F. Tom Nowatzke    Super Bowl I Touchdown

G. Charlie Brown Wall paper

G-1 Charlie Brown Wall paper  Woodstock

G-2 Charlie Brown wallpaper  Takes Forever

G-3 Charlie Brown Wallpaper  Everythings Laminated Halloween

H. Leonard Smith Not Happy With people parking cars behind my house cause of the grass he don't own. Little Kids Birthday party. Has a protective order on me and violates Staying away from my property all the times Destroyed his yard & others and thinks he knows what hes doing

*(left margin, rotated:) H-1 Leonards Camper on U/NIPSCO property. Titled up Neighbors Easement Heathy stays Keep out. Planters have 250 2 feet over*